# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  DESIGNATION OF CHAIR | : | No. 663 |
| | : | |
| AND VICE-CHAIR OF THE | : | SUPREME COURT RULES DOCKET |
| | : | |
| PENNSYLVANIA BOARD OF LAW | : | |
| | : | |
| EXAMINERS | : | |

## O R D E R

**PER CURIAM:**

AND NOW, this 19th day of February, 2015, Dermot F. Kennedy, Esquire, is hereby designated as Chair and C. Robert Keenan, III, Esquire, as Vice-Chair of the Pennsylvania Board of Law Examiners.